**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00442-CV

### AMERICAN FIRST LLOYD'S INSURANCE COMPANY, Appellant

### V.

### HARTFORD LLOYD'S INSURANCE COMPANY, Appellee

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-10-1272**

## ORDER

We **GRANT** the parties' February 15, 2013 joint motion to abate the appeal pending settlement. We **ABATE** the appeal. The appeal will be reinstated when the Court receives a motion to dismiss or thirty days from the date of this order, whichever occurs sooner.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE